Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End   04/11/2025 - 04/17/2025
Advice Date:     04/24/2025
Advice Number:   110785642
Batch Number:    124161
Employee No:

| Exemptions | Addl | Status |
|---|---|---|
| Fed: 3 | $0.00 | Single |
| State: 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:   16.00
Basis of Pay:         Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 277.60 | 11545.34 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 277.60 | 11545.34 | | | |
| **Deductions** | | | | | |
| Pre-tax | 11.10 | 461.81 | | | |
| Taxes | 40.36 | 2196.89 | **Pre-Tax Deductions** | | |
| Additional Deductions | 24.93 | 564.09 | 401K | 11.10 | 461.81 |
| Total Deductions | 76.39 | 3222.79 | | | |
| NET PAY | $201.21 | $8,322.55 | | | |
| Federal Earnings | 266.50 | 11083.53 | | | |
| FICA Earnings | 277.60 | 11545.34 | | | |

| Wages | Req Rate | Prem Rate | Req Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | | | | | | Federal W/H | | 518.11 |
| 04/17/25 Regular | 17.350 | | 16.00 | | | FICA | 17.21 | 715.82 |
| | | | | | | Medicare | 4.03 | 167.39 |
| | | | | | | PA W/H | 8.52 | 354.47 |
| | Total | | 16.00 | .00 | .00 | PA SUI W/H | .19 | 8.11 |
| | | | | | | PA, Philadelphia Cit | 10.41 | 432.99 |

| Additional Deductions | | |
|---|---|---|
| 401k Loan Repayment | 24.93 | 324.09 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| 32BJ Mar 2025 Dues | | 60.00 |
| **Benefits** | | **Balance** |
| Sick Leave | | 32.00 |

Advice Number:  110785642
Advice Date:    04/24/2025

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 201.21 |

**NON-NEGOTIABLE**

Earnings Statement

Page 001 of 001

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Period Beg/End | 04/18/2025 - 04/24/2025 |
| --- | --- |
| Advice Date: | 05/01/2025 |
| Advice Number: | 111024021 |
| Batch Number: | 124328 |
| Employee No: | ▮▮▮▮ |

| | Exemptions | Addl | Status |
| --- | --- | --- | --- |
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:  40.00
Basis of Pay:  Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
| --- | --- | --- | --- | --- | --- |
| Wages | 694.00 | 12655.74 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 694.00 | 12655.74 | | | |
| **Deductions** | | | | | |
| Pre-tax | 27.76 | 506.23 | | | |
| Taxes | 131.74 | 2392.04 | **Pre-Tax Deductions** | | |
| Additional Deductions | 84.93 | 649.02 | 401K | 27.76 | 506.23 |
| Total Deductions | 244.43 | 3547.29 | | | |
| NET PAY | $449.57 | $9,108.45 | | | |
| Federal Earnings | 666.24 | 12149.51 | | | |
| FICA Earnings | 694.00 | 12655.74 | | | |

| Wages | | Req | Prem | Req | OT | DT | Taxes | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WkEnding Type | | Rate | Rate | Hours | Hours | Hours | Federal W/H | 30.82 | 551.79 |
| 04/24/25 Regular | | 17.350 | | 40.00 | | | FICA | 43.03 | 784.67 |
| | | | | | | | Medicare | 10.06 | 183.49 |
| | | Total | | 40.00 | .00 | .00 | PA W/H | 21.31 | 388.56 |
| | | | | | | | PA SUI W/H | .49 | 8.89 |
| | | | | | | | PA, Philadelphia Cit | 26.03 | 474.64 |

Additional Deductions
| 32BJ May 2025 Dues | 60.00 | 60.00 |
| --- | --- | --- |
| 401k Loan Repayment | 24.93 | 349.02 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| MORE... | | 120.00 |

| Benefits | Balance |
| --- | --- |
| Sick Leave | 32.00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 111024021
Advice Date: 05/01/2025

| Deposited to the account of | Account Number | Amount |
| --- | --- | --- |
| Karon A Simmons | XXXX2051 | 449.57 |

**NON-NEGOTIABLE**

**Earnings Statement**

Page 001 of 001

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Period Beg/End | 04/25/2025 - 05/01/2025 |
| --- | --- |
| Advice Date: | 05/08/2025 |
| Advice Number: | 111276860 |
| Batch Number: | 124538 |
| Employee No: | |

| | Exemptions | Addl | Status |
| --- | --- | --- | --- |
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:   40.00
Basis of Pay:   Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
| --- | --- | --- | --- | --- | --- |
| Wages | 694.00 | 13349.74 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 694.00 | 13349.74 | | | |
| **Deductions** | | | | | |
| Pre-tax | 27.76 | 533.99 | | | |
| Taxes | 131.74 | 2523.78 | **Pre-Tax Deductions** | | |
| Additional Deductions | 24.93 | 673.95 | 401K | 27.76 | 533.99 |
| Total Deductions | 184.43 | 3731.72 | | | |
| NET PAY | $509.57 | $9,618.02 | | | |
| Federal Earnings | 666.24 | 12815.75 | | | |
| FICA Earnings | 694.00 | 13349.74 | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WkEnding Type | | | | | | Federal W/H | 30.82 | 582.61 |
| 05/01/25 Regular | 17.350 | | 40.00 | | | FICA | 43.03 | 827.70 |
| | | | | | | Medicare | 10.06 | 193.55 |
| | | | | | | PA W/H | 21.31 | 409.87 |
| Total | | | 40.00 | .00 | .00 | PA SUI W/H | .49 | 9.38 |
| | | | | | | PA, Philadelphia Cit | 26.03 | 500.67 |

**Additional Deductions**

| | | |
| --- | --- | --- |
| 401k Loan Repayment | 24.93 | 373.95 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| MORE... | | 120.00 |

| Benefits | Balance |
| --- | --- |
| Sick Leave | 32.00 |

| Advice Number: | 111276860 |
| --- | --- |
| Advice Date: | 05/08/2025 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
| --- | --- | --- |
| Karon A Simmons | XXXX2051 | 509.57 |

**NON-NEGOTIABLE**

# Earnings Statement

Page 001 of 001

| | |
|---|---|
| Period Beg/End | 05/02/2025 – 05/08/2025 |
| Advice Date: | 05/15/2025 |
| Advice Number: | 111516286 |
| Batch Number: | 124738 |
| Employee No: | |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Exemptions | Addl | Status |
|---|---|---|
| Fed: 3 | $0.00 | Single |
| State: 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:     42.00
Basis of Pay:           Hourly

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 746.05 | 14095.79 | | | |
| Misc Income/Adj | .00 | .00 | | | |
| Total Gross Pay | 746.05 | 14095.79 | | | |
| **Deductions** | | | | | |
| Pre-tax | 29.84 | 563.83 | | | |
| Taxes | 145.30 | 2669.08 | **Pre-Tax Deductions** | | |
| Additional Deductions | 24.93 | 698.88 | 401K | 29.84 | 563.83 |
| Total Deductions | 200.07 | 3931.79 | | | |
| NET PAY | $545.98 | $10,164.00 | | | |
| Federal Earnings | 716.21 | 13531.96 | | | |
| FICA Earnings | 746.05 | 14095.79 | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | | | | | | Federal W/H | 36.82 | 619.43 |
| 05/08/25 Regular | 17.350 | 26.025 | 40.00 | 2.00 | | FICA | 46.26 | 873.96 |
| | | | | | | Medicare | 10.82 | 204.37 |
| | | | | | | PA W/H | 22.90 | 432.77 |
| | | Total | 40.00 | 2.00 | .00 | PA SUI W/H | .52 | 9.90 |
| | | | | | | PA, Philadelphia Cit | 27.98 | 528.65 |

| Additional Deductions | | |
|---|---|---|
| 401k Loan Repayment | 24.93 | 398.88 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| MORE... | | 120.00 |

| Benefits | Balance |
|---|---|
| Sick Leave | 32.00 |

---

| | |
|---|---|
| Advice Number: | 111516286 |
| Advice Date: | 05/15/2025 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 545.98 |

**NON-NEGOTIABLE**

**Universal Protection Service, LLC**
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 05/09/2025 - 05/15/2025
Advice Date: 05/22/2025
Advice Number: 111767330
Batch Number: 124918
Employee No:

| Exemptions | Addl | Status |
|---|---|---|
| Fed: 3 | $0.00 | Single |
| State: 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 41.50
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 733.04 | 14828.83 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 733.04 | 14828.83 |
| **Deductions** | | |
| Pre-tax | 29.32 | 593.15 |
| Taxes | 141.90 | 2810.98 |
| Additional Deductions | 24.93 | 723.81 |
| Total Deductions | 196.15 | 4127.94 |
| NET PAY | $536.89 | $10,700.89 |
| Federal Earnings | 703.72 | 14235.68 |
| FICA Earnings | 733.04 | 14828.83 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 05/15/25 Regular | 17.350 | 26.025 | 40.00 | 1.50 | |
| Total | | | 40.00 | 1.50 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |
| 401K | 29.32 | 593.15 |
| **Taxes** | | |
| Federal W/H | 35.32 | 654.75 |
| FICA | 45.45 | 919.41 |
| Medicare | 10.63 | 215.00 |
| PA W/H | 22.50 | 455.27 |
| PA SUI W/H | .51 | 10.41 |
| PA, Philadelphia Cit | 27.49 | 556.14 |
| **Additional Deductions** | | |
| 401k Loan Repayment | 24.93 | 423.81 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| MORE... | | 120.00 |
| **Benefits** | | **Balance** |
| Sick Leave | | 32.00 |

Advice Number: 111767330
Advice Date: 05/22/2025

**Universal Protection Service, LLC**
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 536.89 |

**NON-NEGOTIABLE**

## Earnings Statement

Page 001 of 001

**Universal Protection Service, LLC**
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Period Beg/End | 05/16/2025 - 05/22/2025 |
| --- | --- |
| Advice Date: | 05/29/2025 |
| Advice Number: | 112004178 |
| Batch Number: | 125095 |
| Employee No: | |

| Exemptions | Addl | Status |
| --- | --- | --- |
| Fed: 3 | $0.00 | Single |
| State: 0 | $0.00 | |

Karon A Simmons
5920 Webster Street
Philadelphia, PA 19143

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 32.25
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate |
| --- | --- | --- |
| Wages | 698.34 | 15527.17 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 698.34 | 15527.17 |
| **Deductions** | | |
| Pre-tax | 27.93 | 621.08 |
| Taxes | 132.87 | 2943.85 |
| Additional Deductions | 24.93 | 748.74 |
| Total Deductions | 185.73 | 4313.67 |
| NET PAY | $512.61 | $11,213.50 |
| Federal Earnings | 670.41 | 14906.09 |
| FICA Earnings | 698.34 | 15527.17 |

| Misc Income/Adj | Current | YearToDate |
| --- | --- | --- |
| **Pre-Tax Deductions** | | |
| 401K | 27.93 | 621.08 |

| Wages | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours | |
| 05/22/25 Regular | 17.350 | | 32.25 | | | |
| 05/22/25 Sick | 17.350 | | 8.00 | | | |
| | | Total | 40.25 | .00 | .00 | |

| Taxes | Current | YearToDate |
| --- | --- | --- |
| Federal W/H | 31.32 | 686.07 |
| FICA | 43.30 | 962.71 |
| Medicare | 10.13 | 225.13 |
| PA W/H | 21.44 | 476.71 |
| PA SUI W/H | .49 | 10.90 |
| PA, Philadelphia Cit | 26.19 | 582.33 |

| Additional Deductions | Current | YearToDate |
| --- | --- | --- |
| 401k Loan Repayment | 24.93 | 448.74 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| MORE... | | 120.00 |

| Benefits | Balance |
| --- | --- |
| Sick Leave | 24.00 |

| | |
| --- | --- |
| Advice Number: | 112004178 |
| Advice Date: | 05/29/2025 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
| --- | --- | --- |
| Karon A Simmons | XXXX2051 | 512.61 |

**NON-NEGOTIABLE**

# Earnings Statement

Page 001 of 001

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

Period Beg/End   05/23/2025 - 05/29/2025
Advice Date:     06/05/2025
Advice Number:   112252904
Batch Number:    125278
Employee No:

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:  39.00
Basis of Pay:        Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 702.68 | 16229.85 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 702.68 | 16229.85 |
| **Deductions** | | |
| Pre-tax | 28.11 | 649.19 |
| Taxes | 133.99 | 3077.84 |
| Additional Deductions | 84.93 | 833.67 |
| Total Deductions | 247.03 | 4560.70 |
| NET PAY | $455.65 | $11,669.15 |
| Federal Earnings | 674.57 | 15580.66 |
| FICA Earnings | 702.68 | 16229.85 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 05/29/25 | Regular | 17.350 | | 39.00 | | |
| 05/29/25 | Holiday Wor | 26.025 | | 1.00 | | |
| | Total | | | 40.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

| Pre-Tax Deductions | | |
|---|---|---|
| 401K | 28.11 | 649.19 |

| Taxes | | |
|---|---|---|
| Federal W/H | 31.82 | 717.89 |
| FICA | 43.57 | 1006.28 |
| Medicare | 10.19 | 235.32 |
| PA W/H | 21.57 | 498.28 |
| PA SUI W/H | .49 | 11.39 |
| PA, Philadelphia Cit | 26.35 | 608.68 |

| Additional Deductions | | |
|---|---|---|
| 32BJ June 2025 Dues | 60.00 | 60.00 |
| 401k Loan Repayment | 24.93 | 473.67 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| MORE... | | 180.00 |

| Benefits | | Balance |
|---|---|---|
| Sick Leave | | 24.00 |

---

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

Advice Number:  112252904
Advice Date:    06/05/2025

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Karon A Simmons** | XXXX2051 | 455.65 |

NON-NEGOTIABLE

Check Number: 112252904  Check Date: 06/05/25  Employee: 132321 Karon A Simmons

**CONTINUED....**

**Deductions**

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| 32BJ Jan 2025 Dues | $0.00 | $0.00 | $60.00 |
| 32BJ Mar 2025 Dues | $0.00 | $0.00 | $60.00 |
| 32BJ May 2025 Dues | $0.00 | $0.00 | $60.00 |
| **Totals** | **$0.00** | **$0.00** | **$180.00** |

# Earnings Statement

Page 001 of 001

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| Period Beg/End | 05/30/2025 - 06/05/2025 |
|---|---|
| Advice Date: | 06/12/2025 |
| Advice Number: | 112488196 |
| Batch Number: | 125498 |
| Employee No: | |

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:  7.00
Basis of Pay:  Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 676.65 | 16906.50 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 676.65 | 16906.50 |
| **Deductions** | | |
| Pre-tax | 27.07 | 676.26 |
| Taxes | 127.19 | 3205.03 |
| Additional Deductions | 24.93 | 858.60 |
| Total Deductions | 179.19 | 4739.89 |
| NET PAY | $497.46 | $12,166.61 |
| Federal Earnings | 649.58 | 16230.24 |
| FICA Earnings | 676.65 | 16906.50 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 06/05/25 | Sick | 17.350 | | 24.00 | | |
| 06/05/25 | Vacation | 17.350 | | 8.00 | | |
| 06/05/25 | Regular | 17.350 | | 7.00 | | |
| | Total | | | 39.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |
| 401K | 27.07 | 676.26 |
| **Taxes** | | |
| Federal W/H | 28.82 | 746.71 |
| FICA | 41.95 | 1048.23 |
| Medicare | 9.81 | 245.13 |
| PA W/H | 20.77 | 519.05 |
| PA SUI W/H | .47 | 11.86 |
| PA, Philadelphia Cit | 25.37 | 634.05 |
| **Additional Deductions** | | |
| 401k Loan Repayment | 24.93 | 498.60 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| MORE... | | 180.00 |
| **Benefits** | | **Balance** |
| Sick Leave | | .00 |

---

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Advice Number: | 112488196 |
|---|---|
| Advice Date: | 06/12/2025 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Karon A Simmons | XXXX2051 | 497.46 |

NON-NEGOTIABLE

Check Number: 112488196  Check Date: 06/12/25  Employee: 132321 Karon A Simmons

**CONTINUED....**

**Deductions**

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| 32BJ June 2025 Dues | $0.00 | $0.00 | $60.00 |
| 32BJ Mar 2025 Dues | $0.00 | $0.00 | $60.00 |
| 32BJ May 2025 Dues | $0.00 | $0.00 | $60.00 |
| **Totals** | **$0.00** | **$0.00** | **$180.00** |

# Earnings Statement

Page 001 of 001

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| Period Beg/End | 06/06/2025 - 06/12/2025 |
|---|---|
| Advice Date: | 06/18/2025 |
| Advice Number: | 112736109 |
| Batch Number: | 125687 |
| Employee No: | |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 3 | $0.00 | Single |
| State: | 0 | $0.00 | |

**Karon A Simmons**
**5920 Webster Street**
**Philadelphia, PA  19143**

**For inquiries on this statement please call: (800)260-0852**

| Total Hours Worked: | 27.50 |
|---|---|
| Basis of Pay: | Hourly |

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 477.13 | 17383.63 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 477.13 | 17383.63 |
| **Deductions** | | |
| Pre-tax | 19.09 | 695.35 |
| Taxes | 78.06 | 3283.09 |
| Additional Deductions | 24.93 | 883.53 |
| Total Deductions | 122.08 | 4861.97 |
| NET PAY | $355.05 | $12,521.66 |
| Federal Earnings | 458.04 | 16688.28 |
| FICA Earnings | 477.13 | 17383.63 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 06/12/25 | Regular | 17.350 | | 27.50 | | |
| | | | Total | 27.50 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |
| 401K | 19.09 | 695.35 |
| **Taxes** | | |
| Federal W/H | 8.69 | 755.40 |
| FICA | 29.58 | 1077.81 |
| Medicare | 6.92 | 252.05 |
| PA W/H | 14.65 | 533.70 |
| PA SUI W/H | .33 | 12.19 |
| PA, Philadelphia Cit | 17.89 | 651.94 |
| **Additional Deductions** | | |
| 401k Loan Repayment | 24.93 | 523.53 |
| 32BJ Apr 2025 Dues | | 60.00 |
| 32BJ Feb 2025 Dues | | 60.00 |
| 32BJ Jan 2025 Dues | | 60.00 |
| MORE... | | 180.00 |
| **Benefits** | | **Balance** |
| Sick Leave | | .00 |

---

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Advice Number: | 112736109 |
|---|---|
| Advice Date: | 06/18/2025 |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Karon A Simmons** | XXXX2051 | 355.05 |

NON-NEGOTIABLE

Check Number: 112736109  Check Date: 06/18/25  Employee: 132321 Karon A Simmons

CONTINUED....

**Deductions**

| Type | Taxable | Non Taxable | YTD |
|---|---|---|---|
| 32BJ June 2025 Dues | $0.00 | $0.00 | $60.00 |
| 32BJ Mar 2025 Dues | $0.00 | $0.00 | $60.00 |
| 32BJ May 2025 Dues | $0.00 | $0.00 | $60.00 |
| **Totals** | **$0.00** | **$0.00** | **$180.00** |