Certificate Number: 03088-PAE-DE-039878485

Bankruptcy Case Number: 25-12569



03088-PAE-DE-039878485

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2025, at 2:14 o'clock PM CDT, Karon Angela Simmons completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 17, 2025

By: /s/Susan D Gann for Waleska Ivonne Mondolo

Name: Waleska Ivonne Mondolo

Title: Financial Counselor