UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 25-12569-DJB-13

Karon Angela Simmons  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>AmeriCredit Financial Services, Inc. dba GM Financial
>PO Box 183853
>Arlington, TX  76096

By  /s/  Mandy Youngblood

>Mandy Youngblood
>PO Box 183853
>Arlington, TX  76096
>877-203-5538
>877-259-6417
>Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 25-12569-DJB-13

Karon Angela Simmons     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on August 11, 2025 :

| | |
|---|---|
| MICHAEL A CIBIK<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 191022 | Kenneth E West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx50727 / 1115289