UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Karon Angela Simmons                        Chapter 13
                                                           Case No. 25-12569-DJB

    Debtor

_____

### NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Western Funding Incorporated, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: September 2, 2025

                                                                   Respectfully Submitted,

                                                                   */s/Eliza Garifullina*_____
                                                                   Eliza Garifullina, Esq. PA 336983
                                                                   Michele M. Bradford, Esq. PA 69849
                                                                   Elizabeth Trachtman, Esq. PA 333427
                                                                   Orlans Law Group PLLC
                                                                   Attorney for Western Funding Incorporated
                                                                   200 Eagle Road, Bldg 2, Suite 120
                                                                   Wayne, PA 19087
                                                                   (484) 367-4191
                                                                   Email: egarifullina@orlans.com
                                                                   mbradford@orlans.com
                                                                   etrachtman@orlans.com
                                                                   File Number: 25-011766