UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Karon Angela Simmons                      Chapter 13
                                                    Case No. 25-12569-DJB

    Debtor

## CERTIFICATE OF SERVICE

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on September 2, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 2, 2025

                                                                           Respectfully Submitted,

                                                                           */s/Eliza Garifullina*
                                                                           Eliza Garifullina, Esq. PA 336983
                                                                           Michele M. Bradford, Esq. PA 69849
                                                                           Elizabeth Trachtman, Esq. PA 333427
                                                                           Orlans Law Group PLLC
                                                                           Attorney for Western Funding Incorporated
                                                                           200 Eagle Road, Bldg 2, Suite 120
                                                                           Wayne, PA 19087
                                                                           (484) 367-4191
                                                                           Email: egarifullina@orlans.com
                                                                           mbradford@orlans.com
                                                                           etrachtman@orlans.com
                                                                           File Number: 25-011766

<u>VIA US MAIL</u>

Karon Angela Simmons, Debtor
5920 Webster St
Philadelphia, PA 19143

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee