UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>KARON ANGELA SIMMONS<br><br>Debtor | Chapter 13<br>Case No. 25-12569-DJB |
| WESTERN FUNDING INCORPORATED<br><br>Movant<br><br>v.<br><br>KARON ANGELA SIMMONS<br>      (Debtor)<br><br>MARK DAVIS<br>      (Co-Debtor)<br><br>KENNETH E. WEST<br>      (Trustee)<br><br>Respondents | |

### CERTIFICATE OF SERVICE

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on September 5, 2025, I caused to be served a copy of Motion For Relief From The Automatic Stay and Co-Debtor Stay, Notice of Motion, Proposed Order, and Exhibits on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  September 5, 2025

                                                                              Respectfully Submitted,

                                                                              */s/Eliza Garifullina*
                                                                              Eliza Garifullina, Esq. PA 336983
                                                                              Michele M. Bradford, Esq. PA 69849
                                                                              Elizabeth Trachtman, Esq. PA 333427
                                                                              Orlans Law Group PLLC
                                                                              Attorney for Western Funding Incorporated
                                                                              200 Eagle Road, Bldg 2, Suite 120
                                                                              Wayne, PA 19087

    (484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
etrachtman@orlans.com
File Number: 25-011766

<u>VIA US MAIL</u>

Karon Angela Simmons, Debtor
5920 Webster St
Philadelphia, PA 19143

Mark Davis, Co-Debtor
5920 Webster Street
Philadelphia, PA 19143

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee