UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>KARON ANGELA SIMMONS<br><br>Debtor | Chapter 13<br>Case No. 25-12569-DJB |
| WESTERN FUNDING INCORPORATED<br><br>Movant<br><br>v.<br><br>KARON ANGELA SIMMONS<br>(Debtor)<br><br>MARK DAVIS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Hearing Date: October 09, 2025 @ 11:00 AM<br><br>Response Deadline: September 23, 2025 |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY, RESPONSE DEADLINE AND HEARING DATE

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 23, 2025 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Derek J. Baker as found on his Procedures webpage at https://www.paeb.uscourts.gov/content/judicial-practices-and-procedures-judge-derek-j-baker.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

***You should take this Notice and the Motion to a lawyer at once.***

    A hearing will be held on October 09, 2025 at 11:00 AM before Judge Derek J. Baker in Courtroom 2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, 2nd floor, Philadelphia, PA, 19107. Judge Baker offers the option to participate either IN PERSON in Courtroom # 2 OR by VIDEO conference on ZOOMGOV.com with JOIN meeting ID: 161 0657 4791 (unless otherwise directed for specific hearings).  In an emergency- if you are only able to connect by phone, dial 551-285-1373 and join using the meeting ID: 161 0657 4791

Date: September 5, 2025

                                        Respectfully Submitted,

                                        */s/Eliza Garifullina*
                                        Eliza Garifullina, Esq. PA 336983
                                        Michele M. Bradford, Esq. PA 69849
                                        Elizabeth Trachtman, Esq. PA 333427
                                        Orlans Law Group PLLC
                                        Attorney for Western Funding Incorporated
                                        200 Eagle Road, Bldg 2, Suite 120
                                        Wayne, PA 19087
                                        (484) 367-4191
                                        Email: egarifullina@orlans.com
                                        mbradford@orlans.com
                                        etrachtman@orlans.com
                                        File Number: 25-011766