**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Karon Angela Simmons,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12569-DJB |

**Certificate of Service**

 I, Michael A. Cibik, certify that on September 9, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 9, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**PNC Bank N.A.**
3232 Newmark Drive
Miamisburg, Ohio 45342
Method of Service: First Class Mail

**AmeriCredit Financial Services, Inc.**
dba GM Financial
PO Box 183853
Arlington, TX 76096
Method of Service: First Class Mail

**U.S. Dept. of Housing and Urban Development**
801 Market Street 12th Floor
Philadelphia, PA 19107
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Western Funding Incorporated**
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010
Method of Service: CM/ECF