UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

KARON ANGELA SIMMONS

      Debtor

 

WESTERN FUNDING INCORPORATED

      Movant

v.

KARON ANGELA SIMMONS
      (Debtor)

MARK DAVIS
      (Co-Debtor)

KENNETH E. WEST
      (Trustee)

      Respondents

Chapter 13
Case No. 25-12569-DJB

Doc. No.  17

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on September 5, 2025 (Docket No.17) by Western Funding Incorporated, and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: September 24, 2025

Respectfully Submitted,
*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Western Funding Incorporated
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087; (484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-011766