UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>KARON ANGELA SIMMONS<br><br>Debtor | Chapter 13<br>Case No. 25-12569-DJB |
| WESTERN FUNDING INCORPORATED<br><br>Movant<br><br>v.<br><br>KARON ANGELA SIMMONS<br>(Debtor)<br><br>MARK DAVIS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on September 24, 2025, I caused to be served a copy of Certificate of No Response on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 24, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Western Funding Incorporated
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

                                                (484) 367-4191
                                      Email: egarifullina@orlans.com
                                      mbradford@orlans.com
                                      File Number: 25-011766

<u>VIA US MAIL</u>

Karon Angela Simmons, Debtor
5920 Webster St
Philadelphia, PA 19143

Mark Davis, Co-Debtor
5920 Webster St
Philadelphia, PA 19143


<u>VIA ECF</u>

Michael A. Cibik, Esq., on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee