UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>KARON ANGELA SIMMONS<br><br>Debtor | Chapter 13<br>Case No. 25-12569-DJB |
| WESTERN FUNDING INCORPORATED<br><br>Movant<br><br>v.<br><br>KARON ANGELA SIMMONS<br>(Debtor)<br><br>MARK DAVIS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

## ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by Western Funding Incorporated, and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay and co-debtor stay imposed by 11 U.S.C. § 362(a) and § 1301 are hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the 2009 Buick Enclave VIN No. 5GAER23D19J131937 to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow Western Funding Incorporated to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

_____
Judge Derek J Baker
U.S. BANKRUPTCY COURT

**Date: October 9, 2025**