## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Karon Angela Simmons, | Chapter 13 |
|---|---|
| *Debtor*. | Case No. 25-12569-DJB |

### Certificate of Service

I, Michael A. Cibik, certify that on October 30, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 30, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

AmeriCredit Financial Services, Inc.
P.O. Box 183853
Arlington, TX 76096

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
P.O. Box 41819
Philadelphia, PA 19101-1819

Comenity Bank/Express
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Comenity Bank/Lane Bryant
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

FedChoice Federal Credit Union
ATTN: Bankruptcy Dept.
10001 Willowdale Rd
Lanham, MD 20706

**Fingerhut**
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**GM Financial**
P.O. Box 183853
Arlington, TX 76096

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, LLC**
Attn: Bankruptcy
P.O. Box 7999
Saint Cloud, MN 56302-7999

Kohl's
Attn: Credit Administrator
P.O. Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090-2037

Monterey Financial Service
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056

**PECO**
2301 Market St, 04 NW
Philadelphia, PA 19103–3778

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Ave
3rd Floor
Philadelphia, PA 19122

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

PNC Mortgage
Attn: Bankruptcy
8177 Washington Church Rd
Dayton, OH 45458

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
P.O. Box 12914
Norfolk, VA 23541-0914

Quantum3 Group LLC
as agent for MOMA Trust, LLC
PO Box 788
Kirkland, WA 98083-0788

Syncb/frdmrc
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

Target NB
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Housing and Urban Development
Attn: Bankruptcy
100 E Penn Sq Fl 11
Philadelphia, PA 19107-3325

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Vive Financial
Attn: Bankruptcy
380 Data Drive Suite 200
Draper, UT 84020

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Western Funding Inc
Attn: Jim Murray, President
3915 E Patrick Ln, Las Vegas, NV 89120