# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Karon Angela Simmons,  *Debtor*. | Chapter 13<br>Case No. 25-12569-DJB |
|---|---|

## Amended Certificate of Service

I, Michael A. Cibik, certify that on January 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: January 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**Federal Home Loan Mortgage Corporation, as**
Trustee of the Freddie Mac SLST 2023-1
Participation Interest Trust - Selene
Finance LP 3501 Olympus Blvd, Suite 500
Dallas, TX 75019

**American Heritage Credit Union**
c/o Weltman, Weinberg & Reis Co. LPA
5990 West Creek Road, Suite 200
Independence, OH 44131

**Method of Service - First Class Mail:**

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

**Ashley Funding Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

**Water Revenue Bureau**
c/o Pamela Thurmond
Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Ban**k (various)**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

FedChoice F**CU**
ATTN: Bankruptcy Dept.
10001 Willowdale Rd
Lanham, MD 20706

**Fingerhut**
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**GM Financial**
P O Box 183853
Arlington, TX 76096

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems**
Attn: Bankruptcy
Po Box 7999
Saint Cloud, MN 56302-7999

**Kohl's**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midland Credit Management**
Po Box 2037
Warren, MI 48090-2037

Monterey Financial Service
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**PNC Mortgage**
Attn: Bankruptcy
8177 Washington Church Rd
Dayton, OH 45458

**Portfolio Recovery Associates**
Attn: Bankruptcy
P.O. Box 12914
Norfolk, VA 23541-0914

**Quantum3 Group LLC**
as agent for MOMA Trust, LLC
PO Box 788
Kirkland, WA 98083-0788

**Syncb/frdmrc**
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Housing and Urban Development
Attn: Bankruptcy
100 E Penn Sq Fl 11
Philadelphia, PA 19107-3325

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Vive Financial
Attn: Bankruptcy
380 Data Drive Suite 200
Draper, UT 84020

**Western Funding Inc**
Attn: Jim Murray, President
300 S. 4th Street, Suite 300
Las Vegas, NV 89101