United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12569-djb

Karon Angela Simmons  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Feb 05, 2026      Form ID: 155      Total Noticed: 48

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karon Angela Simmons, 5920 Webster St, Philadelphia, PA 19143-2414 |
| 15046060 | + | Orlans Law Group PLLC, C/O Eliza Garifullina, 200 Eagle Road, Bldg. 2 Ste. 120, Wayne, PA 19087-3115 |
| 15022928 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15022932 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15022938 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15022941 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15022912 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 06 2026 00:21:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| 15040666 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 06 2026 00:21:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15029168 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 06 2026 00:21:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15069712 | | Email/Text: megan.harper@phila.gov | Feb 06 2026 00:21:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15022915 | | Email/Text: megan.harper@phila.gov | Feb 06 2026 00:21:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15022913 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 00:30:45 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15027893 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 00:30:48 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15022914 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15022916 | | Email/Text: bankruptcy@philapark.org | Feb 06 2026 00:21:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15022917 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 00:21:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15022918 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 00:21:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15022919 | + | Email/Text: recoveryservicesgroup@fedchoice.org | Feb 06 2026 00:21:00 | FedChoice Federal Credit Union, ATTN: Bankruptcy Dept. 10001 Willowdale, Lanham, MD 20706-4321 |

Case 25-12569-djb    Doc 35    Filed 02/07/26    Entered 02/08/26 00:37:32    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: 155 | Total Noticed: 48 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15022920 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 06 2026 00:21:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15022921 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 06 2026 00:21:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15022922 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2026 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15022923 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2026 00:21:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15022924 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 00:30:46 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15022925 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 00:30:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15022926 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2026 00:21:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 15022927 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Feb 06 2026 00:21:00 | Monterey Financial Service, Attn: Bankruptcy 4095 Avenida De La Plat, Oceanside, CA 92056-5802 |
| 15031065 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 06 2026 00:21:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 15025525 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 06 2026 00:21:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15022931 | ^ | MEBN | Feb 06 2026 00:18:39 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 15038796 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2026 00:20:00 | PNC Bank N.A., 3232 Newmark Drive, Miamisburg Ohio 45342 |
| 15022934 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2026 00:20:00 | PNC Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 15035940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 00:30:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15022935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 00:30:37 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15022929 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15022930 | ^ | MEBN | Feb 06 2026 00:18:47 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15022933 | | Email/Text: bankruptcy@philapark.org | Feb 06 2026 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15022936 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2026 00:21:00 | Quantum3 Group LLC, as agent for MOMA Trust, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15042663 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2026 00:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15025278 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2026 00:21:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15022937 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 00:30:20 | Syncb/frdmrc, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15036162 | | Email/Text: bncmail@w-legal.com | Feb 06 2026 00:21:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |

Case 25-12569-djb   Doc 35   Filed 02/07/26   Entered 02/08/26 00:37:32   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: 155 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15022939 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 06 2026 00:21:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15023470 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 06 2026 00:30:46 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15022940 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 06 2026 00:30:46 | U.S. Department of Housing and Urban Development, Attn: Bankruptcy, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |
| 15022942 | | Email/Text: bankruptcynotices@vivecard.com | Feb 06 2026 00:20:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive Suite 200, Draper, UT 84020 |
| 15022943 | + | Email/Text: megan.harper@phila.gov | Feb 06 2026 00:21:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |
| 15022944 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Feb 06 2026 00:21:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |
| 15046163 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Feb 06 2026 00:21:00 | Western Funding Incorporated, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ELIZA GARIFULLINA | on behalf of Creditor Western Funding Incorporated ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Karon Angela Simmons help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Karon Angela Simmons                  Case No. 25−12569−djb

Debtor(s).                               Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 5, 2026                                                     For The Court

                                                                                                Derek J Baker  
                                                                                                Judge, United States Bankruptcy Court